IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00323-RJC-DCK

| | |
|---|---|
| USA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CHAUNCEE MALEK PLATT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss Count Two, (Doc. No. 20), of the Indictment, (Doc. No. 1), without prejudice. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 20), is **GRANTED** and Count Two of the Indictment, (Doc. No. 1), is **DISMISSED** without prejudice.

Signed: April 27, 2017

Robert J. Conrad, Jr.
United States District Judge