IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-CR-00323-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHAUNCEE MALEK PLATT | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's motion for compassionate release from the Mecklenburg County jail based on alleged inadequate medical treatment. (Doc. No. 54).

The defendant does not state a statutory basis for relief, but "compassionate release" typically refers to a reduction in sentence based on extraordinary and compelling reasons pursuant to 18 U.S.C. § 3582(c)(1)(A). See e.g. United States v. High, --- F.3d --- (4th Cir. May 7, 2021) (affirming denial of compassionate release where inmate at federal correctional institution claimed medical and jail conditions exposed him to risk of serious illness or death). The defendant is not serving a sentence, but rather is detained pending a final hearing on allegations that he violated the terms of his supervised release. (Doc. No. 44: Petition; Doc. No. 48: Detention Order). He has not shown that he meets the criteria for a reduction in sentence under § 3582(c)(1)(A); therefore, the Court may not grant the requested relief. United States v. McCoy, 981 F.3d 271, 283 (4th Cir. 2020), United States v. Raia, 954 F.3d 594, 595 (3d Cir. 2020).

**IT IS, THEREFORE, ORDERED**, that the defendant's motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: May 24, 2021

*[signature]*

Robert J. Conrad, Jr.
United States District Judge